

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2021

No. 04-20-00143-CV

**RANCHO VIEJO CATTLE COMPANY, LTD**. and Rancho Viejo Management, LLC,
Appellants

v.

**ANB CATTLE COMPANY, LTD**.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ-000162-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Sitting:          Patricia O. Alvarez, Justice
                    Irene Rios, Justice
                    Beth Watkins, Justice

This appeal is set for oral argument on Tuesday, February 23, 2021, at 9:00 a.m. Because of ongoing power outages and related issues caused by extreme weather conditions, the panel has decided to reset this oral argument. Oral argument in this appeal is reset for **March 16, 2021, at 9:00 a.m**.

In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license. Counsel will receive a separate e-mail that will contain a link for the oral argument.

It is so ORDERED.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court

